UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SARNICOLA,**<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**JOYCE FACTORY DIRECT, LLC,**<br><br>　　　　　Defendant. | 2:23-cv-769 |

## ORDER OF DISMISSAL

AND NOW, this  24th  day of      October      , 2023, pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action be and hereby is, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

By the Court:

　　s/Cathy Bissoon
United States District Judge